Roy Forney, Appellee, v. Crawford Locomotive & Car Company, Appellant.

Gen. No. 5,848. (Not to be reported in full.)

Appeal from the Circuit Court of La Salle county; the Hon. EDGAR ELDRIDGE, Judge, presiding. Heard in this court at the October term, 1913. Reversed. Opinion filed April 15, 1914.

### Statement of the Case.

Action by Roy Forney against Crawford Locomotive & Car Company, a corporation, to recover a balance claimed to be due for wages. Suit was first commenced before a justice of the peace where plaintiff recovered a judgment. On appeal to the Circuit Court he also recovered a judgment. To reverse the judgment of the Circuit Court, defendant appeals.

ROBERT E. LARKIN, for appellant.

No appearance for appellee.

MR. PRESIDING JUSTICE WHITNEY delivered the opinion of the court.

### Abstract of the Decision.

1. MASTER AND SERVANT, § 84*—*when judgment for wages cannot be sustained.* In an action for wages, the facts showed that plaintiff hired to work at piece work and not by the day, and when he came to be paid he found that he had made only seventy cents a day, and after working one day longer, quit. *Held* that a judgment for plaintiff could not be sustained for the reason that he had contracted to work by the piece, was paid by the piece and accepted the pay.

2. APPEAL AND ERROR, § 1802*—*when judgment may be reversed without remandment.* On appeal from a judgment for wages, where the judgment cannot be sustained and it appeared as to a part of plaintiff's claim for which he might recover that the suit was prematurely brought, *held* that the judgment could be reversed without remanding the cause to enable the plaintiff to recover for such part of his claim.

*See Illinois Notes Digest, Vols. XI to XV and Cumulative Quarterly, same topic and section number.